```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00148
    DERWIN WILEY
    CHANITA G WILEY                             CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
              Debtor
    SSN XXX-XX-2074    SSN XXX-XX-3004

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
       The case was filed on 01/04/2007 and was confirmed 06/07/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors   18.00%.

       The case was dismissed after confirmation 01/10/2008.
--------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------
   POPULAR MORTGAGE SERVICI CURRENT MORTG         .00             .00            .00
   POPULAR MORTGAGE SERVICI MORTGAGE ARRE     9357.10             .00         291.68
   COOK COUNTY TREASURER    SECURED               .00             .00            .00
   REGIONAL ACCEPTANCE CORP SECURED NOT I        .00             .00            .00
   INTERNAL REVENUE SERVICE PRIORITY         9359.05             .00            .00
   AMERICAN INTL SOUTH INS  UNSECURED       NOT FILED            .00            .00
   CAPTAL ONE               UNSECURED       NOT FILED            .00            .00
   GE CONSUMER FINANCE      UNSECURED         787.10             .00            .00
   ECAST SETTLEMENT CORP    UNSECURED         576.74             .00            .00
   MUSCLE MUSTANGS          UNSECURED       NOT FILED            .00            .00
   OLIPHANT FINANCIAL CORP  UNSECURED          49.98             .00            .00
   SPRINT PCS               UNSECURED       NOT FILED            .00            .00
   POPULAR MORTGAGE SERVICI NOTICE ONLY     NOT FILED            .00            .00
   REGIONAL ACCEPTANCE CORP UNSECURED       12288.26             .00            .00
   NICOR GAS                UNSECURED        2078.81             .00            .00
   INTERNAL REVENUE SERVICE UNSECURED         294.50             .00            .00
   FELD & KORRUB LLC        DEBTOR ATTY     2,600.00                        2,600.00
   TOM VAUGHN               TRUSTEE                                            209.32
   DEBTOR REFUND            REFUND                                             310.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
   TRUSTEE                3,411.00

   PRIORITY                                           .00
   SECURED                                         291.68
   UNSECURED                                          .00
   ADMINISTRATIVE                                2,600.00
   TRUSTEE COMPENSATION                            209.32
   DEBTOR REFUND                                   310.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 00148 DERWIN WILEY & CHANITA G WILEY
```

```
                                 ---------------        ---------------
TOTALS                                  3,411.00               3,411.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                  /s/ Tom Vaughn
 Dated: 04/23/08                 _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```